UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOYCE TAYLOR AND HER HUSBAND,
LANKFORD TAYLER, ADAM TAYLOR,
CHADWICK TAYLOR AND GRANT TAYLOR,

        Plaintiffs,

v.                                        Case No. 8:11-CV-01635-EAK-TMP

CONEXIS, a Word & Brown Company,

        Defendant.

_____/

## MEDIATION RESULTS REPORT

Pursuant to Stipulation/Order a mediation conference was held on September 17, 2012:

Pursuant to the Stipulation/Order:        ( X ) Plaintiff/Petitioner Appeared
                                                             *Joyce Taylor*

                                            ( X ) Defendant/Respondent Appeared

                                            (   ) Defendant/Respondent Appeared

PLAINTIFF'S ATTORNEY/FIRM:        DEFENDANTS ATTORNEY/FIRM:
**Elizabeth L. Hapner, Esquire**            **Elizabeth Wilson Vaughan**
Hapner Law                                 Alston & Bird LLP
304 South Plant Avenue                  One Atlantic Center
Tampa, FL 33613                            1201 West Peachtree Street
                                                    Atlanta, GA 30309

MEDIATOR:
**Jack L. Townsend, Sr., Mediator**
6408 E Fowler Avenue
Tampa, FL 33617

**RESULTS:** *(Mediation Results Report will be filed Electronically if possible)*

( X )     Full Settlement
(   )     Partial Settlement
(   )     No Settlement
(   )     Continued (Date) _____

LENGTH OF MEDIATION CONFERENCE:        2.50        Hours

                                                        Jack L. Townsend, Sr., Mediator