# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISON

| | |
|---|---|
| JOYCE TAYLOR, AND HER HUSBAND LANKFORD TAYLOR, ADAM TAYLOR, CHADWICK TAYLOR AND GRANT TAYLOR, <br><br>    Plaintiffs, <br><br> v. <br><br> CONEXIS, a Word & Brown Company, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) No. 8:11-cv-01635-EAK-TBM ) ) Honorable Elizabeth A. Kovachevich ) ) Magistrate Judge Thomas B. McCoun III ) ) |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Joyce Taylor, Lankford Taylor, Adam Taylor, Chadwick Taylor and Grant Taylor (collectively "Plaintiffs"), and Defendant CONEXIS, the Parties to this action, hereby stipulate to the voluntary dismissal of this case with prejudice.

Each Party will bear his/her/its own costs and attorneys' fees in this matter.

Respectfully submitted this 15th day of November, 2012.

| | |
|---|---|
| /s/ Elizabeth L. Hapner (with consent) <br> Elizabeth L. Hapner <br> Hapner Law <br> 304 S Plant Ave <br> Tampa, FL 33606-2326 <br> 813/250-0357 <br> 813/250-9067 (fax) <br> elhapner@hapner-law.com <br><br> *Counsel for Plaintiffs* | /s/ Elizabeth Wilson Vaughan <br> Elizabeth Wilson Vaughan <br> Admitted *pro hac vice* <br> Alston + Bird LLP <br> One Atlantic Center <br> 1201 West Peachtree Street <br> Atlanta, GA 30309-3424 <br> 404-881-4965 <br> 404-253-8665 (fax) <br> beth.vaughan@alston.com <br><br> Robert Bruce George <br> Liles, Gavin, Costantino, George & Dearing, PA |

LEGAL02/33754551v1

2

|  | Suite 1500<br>225 Water St<br>Jacksonville, FL 32202<br>904/634-1100<br>904/634-1234 (fax)<br>rgeorge@lilesgavin.com<br><br>*Counsel for Defendant* |
|---|---|

LEGAL02/33754551v1